UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| WILLIAM J. LUMPKIN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:02-cr-32 |
| | ) | (2:12-cv-349) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT ORDER

For the reasons set forth in the Memorandum and Order earlier filed, the Court denies the Petitioner William Lumpkin's motion to vacate, set aside or correct his sentence, [Doc. 509]. Further, the Court **FINDS** that Petitioner has failed to make a "substantial showing of a denial of a constitutional right," and therefore a certificate of appealability will be **DENIED** as to the issues raised by Petitioner in his motion.

The Clerk is **DIRECTED** to close the civil file.

**IT IS SO ORDERED.**

ENTER:

　　　　　　　　　　　　　　　　　s/ Leon Jordan
　　　　　　　　　　　　　　　　United States District Judge

ENTERED AS A JUDGMENT

　　s/ Debra C. Poplin
　CLERK OF COURT